BESS M. BREWER, #100364
LAW OFFICE OF
BESS M. BREWER & ASSOCIATES
P.O. Box 5088
Sacramento, CA 95817
Telephone: (916) 509-7051

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHRISTIE BOTTOMS** <br> **xxx-xx-5364** <br><br> **Plaintiff,** <br><br> v. <br><br> **COMMISSIONER OF SSA** <br><br> **Defendant.** | Case No.   13-1322 CMK <br><br> **STIPULATIONAND ORDER EXTENDING PLAINTIFF'S TIME TO FILE SUMMARY JUDGEMENT MOTION** |

   IT IS HEREBY STIPULATED by and between the parties, through their attorneys, that Plaintiff's time to file her summary judgment motion is hereby extended from December 27, 2013, to January 24, 2014,   with all other deadlines extended accordingly.   This extension is required due to the upcoming holidays and counsel's planned time out of the office.

////

////

////

1

| | |
|---|---|
| Dated: December 19, 2013 | /s/*Bess M. Brewer* <br> BESS M. BREWER <br> Attorney at Law <br><br> Attorney for Plaintiff |
| Dated: December 19, 2013 | Benjamin B. Wagner <br> United States Attorney <br><br> Donna L. Calvert <br> Acting Regional Chief Counsel, Region IX <br> Social Security Administration <br><br> /s/ Asim Modi <br> ASIM MODI <br><br> Special Assistant United States Attorney <br> Attorneys for Defendant |

**ORDER**

APPROVED AND SO ORDERED.

Dated:   December 20, 2013

_____
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE

2